UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


BITUMINOUS FIRE AND MARINE
INSURANCE COMPANY AND BITUMINOUS
CASUALTY CORPORATION                                    PLAINTIFFS


VS.                                   CIVIL ACTION NO. 4:06CV67TSL-LAA


WARREN E. HUTTO, PATRICIA HUTTO,
LARRY STANLEY, BARBARA STANLEY,
LAB DISCOUNT DRUG, INC., STANLEY
DISCOUNT DRUGS, INC., CHRISTAL WEBB
BLACKWELL, BONNIE MARY RILES, AND
K.W., A MINOR BY AND THROUGH JEFF
AND AMY WILLIAMS, HER NATURAL PARENTS                   DEFENDANTS


JUDGMENT

    For the reasons set forth in the court's memorandum opinion

and order entered this date, Bituminous is entitled to this

declaratory judgment that under its policy, it has no liability to

defend (and/or reimburse legal fees for) the underlying litigation

or to indemnify any defendant in connection with that litigation.

    SO ORDERED AND ADJUDGED this 22nd day of January, 2007.


                                /s/ Tom S. Lee
                                UNITED STATES DISTRICT JUDGE